STATE OF CONNECTICUT *v.* MAURICE M.

The defendant's petition for certification for appeal from the Appellate Court, 116 Conn. App. 1 (AC 29557), is granted, limited to the following issue:

"Did the Appellate Court properly hold that there was sufficient evidence that the defendant violated his probation by committing the offense of risk of injury to a child in violation of General Statutes § 53-21 (a) (1)?"

The Supreme Court docket number is SC 18454.

*Kirstin B. Coffin,* special public defender, in support of the petition.

*Laurie N. Feldman,* special deputy assistant state's attorney, in opposition.

Decided September 23, 2009

MARIA MCMELLON *v.* WILLIAM MCMELLON

The defendant's petition for certification for appeal from the Appellate Court, 116 Conn. App. 393 (AC 29593), is denied.

NORCOTT, VERTEFEUILLE and McLACHLAN, Js., did not participate in the consideration of or decision on this petition.

*Campbell D. Barrett,* in support of the petition.

*Robert L. Sweeney, Jr.,* in opposition.

Decided September 23, 2009